# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CONSTRUCTION WORKERS PENSION TRUST FUND OF LAKE COUNTY AND VICINITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) 2:20-CV-331-PPS-APR |
| INDIANA EARTH, Inc., | ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff, Construction Workers Pension Trust Fund of Lake County and Vicinity, filed a Voluntary Dismissal Without Prejudice [DE 5]. The opposing party has not yet served either an answer or a motion for summary judgment. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), the Voluntary Dismissal [DE 5] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS THIS COMPLAINT IN ITS ENTIRETY WITHOUT PREJUDICE**. The Clerk is further ORDERED to CLOSE this case.

SO ORDERED.

ENTERED: September 18, 2020.

                                          s/ Philip P. Simon
                                          PHILIP P. SIMON, JUDGE
                                          UNITED STATES DISTRICT COURT